UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD ARSENAULT,<br>    Plaintiff,<br><br>vs.<br><br>TYLER PERRY STUDIOS,<br>    Defendant. | CIVIL ACTION FILE<br><br>NO. 1: 13-cv-496-WSD |

## J U D G M E N T

This action having come before the court, Honorable William S. Duffey, Jr., United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED without prejudice** for Plaintiff's failure to comply with a lawful order if the Court pursuant to Local Rule 41.3(A)(2), NDGa.

Dated at Atlanta, Georgia, this 26th day of February, 2014.

              JAMES N. HATTEN
              CLERK OF COURT

           By: _s/ A. Coleman_
              Ashley Coleman, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
February 27, 2014
James N. Hatten
Clerk of Court

By: _s/ A. Coleman_
   Deputy Clerk